UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA WILSON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMAITON SERVICES, LLC, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-00055-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 4] |

Pending before the Court is Defendant's motion to extend time to respond to the complaint. Docket No. 4. The Court has considered Defendant's motion, Plaintiff's response, and Defendant's reply. Docket Nos. 4, 5, 6. The motion is properly resolved without a hearing. *See* Local Rule 78-1. For good cause shown, the Court **GRANTS** Defendant's motion. Docket No. 4. Defendant shall respond to Plaintiff's complaint no later than March 4, 2019.

IT IS SO ORDERED.

Dated: January 24, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　	　　　　　　　　　　　　United States Magistrate Judge

1