Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| BRENDA WILSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHASE MORTGAGE; FMC-Omaha; Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union, LLC,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00055-RFB-NJK<br><br>**ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　IT IS HEREBY STIPULATED by and between Plaintiff Brenda Wilson (hereafter "Plaintiff") through her attorney David H. Krieger, Esq., and Lindsey H. Morales, Esq. attorney for Defendant JPMorgan Chase Bank, N.A., incorrectly sued as Chase Mortgage, (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond by an additional 20 days; therefore, Defendant may answer or otherwise respond to Plaintiff's Complaint on or before February 19, 2019.

　　The parties agree to participate in a 26(f) Conference should one be scheduled during the pendency of this extension.

/ / /

/ / /

/ / /

/ / /

The parties further agree that good cause exists for this extension. The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding the dispute.

Signed this  4th  day of  February   , 2019     Signed this  4th  day of  February    , 2019

McCALLA RAYMER LEIBERT PIERCE, LLP

By: */s/ Lindsey H. Morales*        By: */s/ Miles N. Clark*
Lindsey H. Morales, Esq.      Miles N. Clark, Esq.
Nevada Bar No. 11519      Nevada Bar No. 13848
McCalla Raymer Leibert Pierce, LLP      Knepper & CLark, LLC
1635 Village Center Circle, Ste. 130      10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, Nevada 89134      Las Vegas, NV 89129
(702) 425-7267      (702) 825-6060
*Attorney for Chase Bank, N.A.*      *Attorney for Plaintiff*

## **ORDER**

The parties' stipulation to extend, Docket No. 12, is GRANTED. Defendant JP Morgan Chase Bank, N.A. shall respond to Plaintiff's complaint no later than February 19, 2019.

IT IS SO ORDERED.

DATED: February 4, 2019.

                         _____
                         NANCY J. KOPPE
                         UNITED STATES MAGISTRATE JUDGE