Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

BRENDA WILSON,

    Plaintiff,

v.

CHASE MORTGAGE; FMC-Omaha; Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union, LLC,

    Defendants.

Case No.: 2:19-cv-00055

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)**

    IT IS HEREBY STIPULATED by and between Plaintiff Brenda Wilson (hereafter "Plaintiff") through her attorney David H. Krieger, Esq., and Lindsey H. Morales, Esq. attorney for Defendant JPMorgan Chase Bank, N.A., incorrectly sued as Chase Mortgage, (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond by an additional 14 days; therefore, Defendant may answer or otherwise respond to Plaintiff's Complaint on or before March 5, 2019.

    The parties stipulate to extend the date of the 26(f) Conference 42 days from February 20, 2019.

/ / /

/ / /

/ / /

/ / /

-1-

The parties further agree that good cause exists for this extension. The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding the dispute.

Signed this 13th day of February, 2019     Signed this 13th day of February, 2019

McCALLA RAYMER LEIBERT PIERCE, LLP

By: */s/ Lindsey H. Morales*  
Lindsey H. Morales, Esq.  
Nevada Bar No. 11519  
McCalla Raymer Leibert Pierce, LLP  
1635 Village Center Circle, Ste. 130  
Las Vegas, Nevada 89134  
(702) 425-7267  
*Attorney for Chase Bank, N.A.*

By: */s/ Miles N. Clark*  
Miles N. Clark, Esq.  
Nevada Bar No. 13848  
Knepper & CLark, LLC  
10040 W. Cheyenne Ave., Suite 170-109  
Las Vegas, NV 89129  
(702) 825-6060  
*Attorney for Plaintiff*

## **ORDER**

**IT IS ORDERED.** Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before March 5, 2019.

Dated this 14 day of February, 2019.

_____  
United States Magistrate Judge

Submitted by:

*/s/ Lindsey H. Morales*  
Lindsey H. Morales, Esq.  
McCalla Raymer Liebert Pierce LLP  
1635 Village Center Circle, Suite 130  
Las Vegas, Nevada 89134  
Lindsey.morales@mccalla.com