Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA WILSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE MORTGAGE; FMC-OMAHA; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:19-cv-00055-RFB-NJK<br><br>**JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff Brenda Wilson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") (collectively, the "Parties") by and through their counsel of record hereby move jointly to extend Plaintiff's deadline to respond to Trans Union's Motion to Dismiss (21) twenty-one days:

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

1. On January 9, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On February 21, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.18].

3. Plaintiff's Response is due March 7, 2019.

4. Plaintiff and Trans Union have agreed to extend Plaintiff's response twenty-one days in order to allow Plaintiff's counsel to continue their efforts to reach a mutually agreeable resolution to this matter. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **March 28, 2019**. This joint motion is made in good faith, is not interposed for delay, and is not

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

filed for an improper purpose.

Dated February 28, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 6228 |
| Miles N. Clark, Esq. | Trevor Waite, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13779 |
| Shaina R. Plaksin, Esq. | 6605 Grand Montecito Parkway, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89149 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: kbonds@alversontaylor.com |
| Las Vegas, NV 89129 | Email: twaite@alversontaylor.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| | *Trans Union LLC* |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

*Wilson v. Equifax Information Services, LLC et al*
*2:19-cv-00055-RFB-NJK*

### ORDER GRANTING

### JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO

### TRANS UNION's MOTION TO DISMISS

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of March, 2019.

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2019, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** was served via the U.S. District Court's electronic filing system to all individuals entitled to receive service thereon.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC