# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRENDA WILSON,

    Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,

    Defendant(s).

Case No.: 2:19-cv-00055-RFB-NJK

**Order**

[Docket No. 24]

Pending before the Court is Defendant Experian Information Solution's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 24; *see also* Docket No. 22. A response shall be filed no later than March 19, 2019, and any reply shall be filed no later than March 21, 2019.

IT IS SO ORDERED.

Dated: March 13, 2019

Nancy J. Koppe
United States Magistrate Judge

1