**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

-*-

| | |
|---|---|
| BRENDA WILSON,<br><br>　　Plaintiff,<br><br>v.<br><br>CHASE MORTGAGE; FMC-OMAHA; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC,<br><br>　　Defendant. | Case No. 2:19-cv-00055-RFB-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Plaintiff Brenda Wilson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's First Amended Complaint.

On March 18, 2019, Plaintiff filed her First Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is April 1, 2019. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's claims and allegations. Further, Trans Union and Plaintiff have begun discussing settlement.

1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KB/26028

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including April 15, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint.

Dated this 1st day of April 2019.

**ALVERSON TAYLOR & SANDERS**

*/s/ Trevor Waite*

Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**HAINES & KRIEGER, LLC**

*/s/ Miles N. Clark*

David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
and
Matthew I. Knepper, Nevada Bar No. 12796
Miles N. Clark, Nevada Bar No. 13848
Knepper & Clark LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond, Docket No. 33, is **GRANTED**. Trans Union LLC's deadline to respond to Plaintiff's complaint is extended to April 15, 2019.

Dated this __2__ day of ____April____ 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

KB/26028