# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA WILSON, <br><br> Plaintiff(s), <br><br> v. <br> EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, <br><br> Defendant(s). | Case No.: 2:19-cv-00055-RFB-NJK <br><br> **Order** <br><br> (Docket Nos. 54, 55) |

Pending before the Court are Plaintiff's motions for leave to file a surreply to Defendant Experian's reply in support of motion to stay discovery and Defendant Experian's reply in support of motion for protective order. Docket Nos. 54, 55; *see also* Docket Nos. 52, 53.

Responses to these motions shall be filed no later than May 2, 2019, and any reply shall be filed no later than May 3, 2019.

IT IS SO ORDERED.

Dated: April 30, 2019

                                                                                       _____
                                                                                       NANCY J. KOPPE
                                                                                       United States Magistrate Judge

1