# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA WILSON,<br>    Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-00055-RFB-NJK<br>**ORDER**<br>[Docket No. 82] |

Pending before the Court is a notice of settlement filed by Defendant Experian Information Solutions, Inc. Docket No. 82. The Court **ORDERS** the parties to file a stipulation of dismissal, no later than December 28, 2020.

IT IS SO ORDERED.

Dated: October 28, 2020

_____
Nancy J. Koppe
United States Magistrate Judge